# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ERIC LAMAR HARDEN,

    Petitioner,

v.                        CASE NO. 5:12-cv-00320-MP-GRJ

SECRETARY DEPARTMENT OF CORRECTIONS,

    Respondent.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 8, 2015. (Doc. 37). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 9, is DENIED and a Certificate of Appealability is DENIED.

**DONE AND ORDERED** this   10th   day of March, 2016.

                              *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge